UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
(GAINESVILLE DIVISION)

Case No. 1:13-cv-00258

EDGAR CAICEDO as Administrator
of the ESTATE OF JOSE CAICEDO and
CHRISTINA CARTER as Administrator
of the ESTATE OF TIMOTHY CARTER
                            Plaintiffs,

vs.

FOOD OF LIFE EXPERIENCE, INC. d/b/a
KRISHNA KITCHEN,
                            Defendant.
_____/

## NOTICE OF FILING
## CONSENT TO MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

COME NOW, Defendant, FOOD FOR LIFE EXPERIENCE, INC., d/ba KRISHNA KITCHEN and files this the parties executed Consent to Magistrate Judge to Exercise Jurisdiction.

Dated: February 5, 2014

                                        Respectfully Submitted

                                        QUINTAIROS, PRIETO, WOOD &
                                        BOYER, P.A.
                                        9300 South Dadeland Blvd. 4th Floor
                                        Miami, Florida 33156
                                        Telephone No.: (305) 670-1101

                                        By:   /s/ Sally H. Seltzer, Esq.
                                                 **SALLY H. SELTZER, ESQ.**
                                                 Florida Bar No.: 078306

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to Willam H. Ogle, Esq., and Stephen Kerr Johnson, Attorneys for Plaintiffs, identified on the attached service list.

By: /s/ Sally H. Seltzer
Sally H. Seltzer, Esq.

**SERVICE LIST**

**United States District Court, Northern District of Florida**
**Caicedo, et. Al v. Food For Life Experience**

**Sally H. Seltzer, Esq.**
Sally.Seltzer@qpwblaw.com
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
9300 South Dadeland Blvd. 4th Floor
Miami, Florida 33156
Telephone No.: (305) 670-1101
Facsimile No.: (305) 670-1161
Attorneys for Defendant

**William H. Ogle, Esq.**
ogle@gmail.com
OGLE LAW, LLC
444 Seabreeze Boulevard, Suite 800
Daytona Beach, Florida 32118
Telephone No.: (386) 253-2500
Attorney for Plaintiffs

**Stephen Kerr Johnson, Esq.**
skjohnsonpa@Gmail.com
P.O. Box 5279
Gainesville, Florida 32627
Telephone No. (352) 376-3297
Attorney for Plaintiffs